**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

TRISTAN K. WILSON,

                  **Petitioner,**

        **-against-**

SUPERINTENDENT BRADFORD,

            **Defendants.**

-------------------------------------------------------- x

    **23-cv-4164 (ALC)**

    **ORDER TO SHOW CAUSE –**
    **FAILURE TO PROSECUTE**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 11, 2026, the Court ordered Plaintiff to show cause by June 28, 2026, as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 32. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated**:   July 1, 2026
         New York, New York

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**

1